IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELVIN RAY ANDERSON,**<br><br>                                           Plaintiff,<br><br>          v.<br><br>**K.T. SANBORN, et al.,**<br><br>                                           Defendants. | Case No. 2:21-cv-00561-KJM-EFB (PC)<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER** |

Defendants Parole Agents K.T. Sanborn and V. Reyes-Nava (collectively, the Parole Agents) moved to extend the October 31, 2022 deadline to file a reply to Plaintiff Kelvin Anderson's opposition to their summary judgment motion by 14 days.  Having read and considered the Parole Agents' motion to modify and the declaration of defense counsel supporting the motion, and for good cause appearing, the Parole Agents' motion is **GRANTED**. The Parole Agents may file their reply on or before November 14, 2022.

          **IT IS SO ORDERED**.

          Dated: October 27, 2022.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1