UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN RAY ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>K.T. SANBORN, et al.,<br><br>    Defendants. | No. 2:21-cv-00561-KJM-EFB (PC)<br><br><br>ORDER |

    Plaintiff is a former state prisoner proceeding without counsel in an action brought pursuant to 42 U.S.C. § 1983. Currently before the court is defendant's motion to modify the schedule. ECF No. 41.

    Plaintiff was recently released from incarceration. ECF Nos. 40, 42. He informed the court that he would be without housing upon release, but would provide the court with a mailing address by April 19, 2024. ECF No. 40. Plaintiff's release was apparently delayed until May 24, 2024. ECF No. 42. The court has yet to receive a current mailing address. Because of these issues, defendants have not been able to serve plaintiff with a deposition notice and accomplish his deposition, in accordance with the amended schedule issued on January 21, 2024 (ECF No. 37). ECF No. 41. Defendants ask the court to extend the current deadline for discovery and discovery motions until August 1, 2024 and extend the dispositive motion deadline to October 1,

2024.[1]  *Id.*

Federal Rule of Civil Procedure 16(b)(4) provides: "A schedule may be modified only for good cause and with the judge's consent." Courts considering a request to modify a schedule under Rule 16(b)(4) look primarily to the whether the party seeking modification could not reasonably meet the deadline despite his diligence. *Johnson v. Mammoth Recreations*, 975 F.2d 604, 609 (9th Cir. 1992). While the focus is primarily on the moving party's diligence, "the existence or degree of prejudice to the party opposing the motion might supply additional reasons to deny" the requested modification.  *Id.*

Defendants have shown good cause for the requested modifications to the schedule. Accordingly, it is hereby ORDERED that:

1. Defendants' motion to modify the schedule (ECF No. 41) is GRANTED.
2. The schedule set by the current scheduling order (ECF No. 37) is modified as follows:
   a. The parties may conduct discovery on plaintiff's food sales claim until August 1, 2024.
   b. Any discovery motions must be filed on or before August 1, 2024.
   c. Dispositive motions shall be filed on or before October 1, 2024.

Dated: July 19, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Also pending are plaintiff's requests for appointment of counsel and a settlement conference and defendants' motion to have their second set of requests for admission deemed admitted. ECF Nos. 40, 42, 43. The court will rule on these issues in due course.