UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN RAY ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>K.T. SANBORN, et al.,<br><br>Defendants. | No. 2:21-cv-00561-KJM-EFB (PC)<br><br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On April 30, 2024, defendants filed a motion to compel. ECF No. 43. On August 45, 2024, defendants filed a motion for summary judgment. ECF No. 45. Plaintiff has not filed an opposition or statement of non-opposition to either motion.[1] E.D. Cal. L.R. 230(*l*).

Accordingly, it is ORDERED that, within 30 days of the date of this order, plaintiff shall file an opposition or a statement of non-opposition to the pending motions to compel and for

////

////

---

[1] Plaintiff has not kept the court informed of a current address. A party appearing without counsel must keep the court and all parties apprised of his current address. E.D. Local Rule 183(b). If mail directed to such a plaintiff is returned by the postal service, and plaintiff fails to notify the court and opposing parties within 63 days thereafter of his current address, the court may dismiss the action without prejudice for failure to prosecute. *Id*.

1

summary judgment.  Failure to comply with this order may result in waiver of opposition to the motion or dismissal of this action.  Fed. R. Civ. P. 41(b).

Dated: October 7, 2024

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE