1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9     KELVIN RAY ANDERSON,                    No.  2:21-cv-00561-KJM-EFB (PC)

10                       Plaintiff,

11            v.                               ORDER

12    K.T. SANBORN, et al.,

13                       Defendants.

14

15          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

16    U.S.C. § 1983.  On April 30, 2024, defendants filed a motion to compel.  ECF No. 43.  On

17    August 45, 2024, defendants filed a motion for summary judgment.  ECF No. 45.  Plaintiff has

18    not filed a substantive opposition to either motion.  E.D. Cal. L.R. 230(*l*).  The district judge has

19    recently directed the Clerk of Court to update plaintiff's address and has ordered that the two

20    motions be re-served on plaintiff.

21          Accordingly, it is ORDERED that, within 30 days of the date of this order, plaintiff shall

22    file an opposition or a statement of non-opposition to the pending motions to compel and for

23    summary judgment.  Failure to comply with this order may result in waiver of opposition to the

24    motion or dismissal of this action.  Fed. R. Civ. P. 41(b).

25    Dated: June 9, 2025

26                                            _____
                                              EDMUND F. BRENNAN
27                                            UNITED STATES MAGISTRATE JUDGE

28

                                              1