UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN RAY ANDERSON, | No. 2:21-cv-00561-KJM-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| K.T. SANBORN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  Defendants seek an extension of time to respond to plaintiff's June 26, 2025 filing "Objection to Second Summary Judgment."  ECF No. 57.  The request is GRANTED, and defendants shall file their response to the filing, if any, on or before July 25, 2025.

So ordered.

Dated: July 21, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1