UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN RAY ANDERSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K.T. SANBORN, et al.,<br><br>　　　　　Defendants. | No. 2:21-cv-00561-KJM-EFB (PC)<br><br><br><br>ORDER |

　　　　Plaintiff proceeds without counsel in this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On September 15, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 51. Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 15, 2025 are adopted in full;
2. Plaintiff's motion for appointment of counsel is DENIED;
3. Defendants' motion to compel to deem requests admitted (ECF No. 43) is GRANTED;
4. Defendants' motion to strike plaintiff's sur-reply (ECF No. 64) is GRANTED;
5. Defendants' second motion for summary judgment (ECF No. 45) is GRANTED; and
6. The Clerk of Court is directed to administratively terminate all pending motions and close the case.

DATED: October 21, 2025.

UNITED STATES DISTRICT JUDGE